995

**Frank BURTON v. UNITED STATES of America.**
No. 6325.

Circuit Court of Appeals, Sixth Circuit.
Dec. 15, 1933.

J. S. Edmondson, of Memphis, Tenn., for appellant.

Wm. McClanahan, U. S. Atty., of Memphis, Tenn.

PER CURIAM.
Judgment of District Court affirmed.

---

**John W. BURTON, Appellant, v. UNITED STATES of America.**
No. 9919.

Circuit Court of Appeals, Eighth Circuit.
Jan. 4, 1934.

Thorwald Hansen and Charles V. McCoy, both of Duluth, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn.

PER CURIAM.
Appeal docketed and dismissed, without costs to either party in this court, on agreement of counsel.

---

**CADY LUMBER CORPORATION et al., Petitioners, v. FEDERAL TRADE COMMISSION, Respondent.**
No. 6733.

Circuit Court of Appeals, Ninth Circuit.
Feb. 20, 1934.

McCutchen, Olney, Mannon & Greene, of San Francisco, Cal., for petitioners.

Robert E. Healy, Chief Counsel, Federal Trade Commission, of Washington, D. C., for respondent.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.
Pursuant to mandate and opinion of the Supreme Court of the United States in Algoma Lumber Co. et al. v. Federal Trade Commission, 54 S. Ct. 67, 78 L. Ed. ——, and stipulation of counsel that this cause abide final disposition of that case, it is ordered that a decree be filed and entered in this cause affirming the order of the Federal Trade Commission, and that the mandate issue forthwith.

---

**Helen G. CARPENTER v. COMMISSIONER OF INTERNAL REVENUE.**
No. 5166.

Circuit Court of Appeals, Seventh Circuit.
Feb. 14, 1934.

Thomas L. Marshall, of Chicago, Ill., for petitioner.

Frank J. Wideman, of Washington, D. C., for respondent.

Before ALSCHULER, EVANS, and FITZHENRY, Circuit Judges.

PER CURIAM.
On motion of counsel for respondent, counsel for petitioner consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on January 16, 1933, be, and the same is hereby, dismissed.